**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 23, 2008

The Honorable Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re:  Joseph Adams v. United States of America, 08 Civ. 1194 (SCR)(LMS)

Dear Judge Smith:

Due to other, pressing matters, the Government respectfully requests an additional thirty (30) days to answer the petition for issuance of a writ of habeas corpus in the above-referenced case.

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Sarah R. Krissoff
Assistant United States Attorney
(914) 993-1928 (phone)
(914) 993-9036 (fax)

cc:  Joseph Adams (By mail)

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.